# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Shenzhen Quanxindi
Technology Co., Ltd.,

      Plaintiff,

v.

The Partnerships and
Unincorporated Associations
Identified on Schedule "A",

      Defendants.

Case No. 24-CV-10193

Hon. Jorge L. Alonso

Hon. Mag. Heather K. McShain

## PLAINTIFF'S MOTION TO EXTEND
## *EX PARTE* TEMPORARY RESTRAINING ORDER

Plaintiff Shenzhen Quanxindi Technology Co., Ltd. ("Quanxindi" or "Plaintiff") hereby moves this Court to extend the Temporary Restraining Order (the "TRO") entered by this Court in this action on October 22, 2024 and became effective on October 22, 2024 (Dkt. Nos. 16-17). Plaintiff submits that good cause exists for granting the requested extension.

    1.    On October 22, 2024, the Court entered the TRO. (Dkt. Nos. 16-17).

    2.    On October 25, 2024, Plaintiff secured and delivered the surety bond to the Court.

3. On October 29, 2024, Plaintiff served the TRO together with associated and targeted requests for production on Temu.com, which is the only online platform in use by the Defendants in this case.

3. Consistent with the TRO, Plaintiff seeks the following discovery:

   a. identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

   b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial ac-counts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

   c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Alipay, Wish.com, Alibaba, Ant Financial, Amazon Pay, Temu.com, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. Consistent with the TRO, Plaintiff also requests Temu.com:

> a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Sched-ule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Chengjie Liu, and any e-mail addresses provided for Defendants by third parties; and
>
> b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

6. At this time, Plaintiff has not received any data responsive to the discovery from Temu.com, despite exercising diligence in serving the discovery and following up with Temu.com.

7. As Plaintiff has not received the requested discovery identifying all the Defendants, Plaintiff has not been able to serve all the Defendants in this case.

8. Although the TRO provides that Temu.com is required to comply with the Order within seven calendar days, in our experience, working with them, it typically takes them more than fourteen (14) calendar days to complete such a request for discovery.

9. The risks that Defendants will liquidate their relevant payment accounts and the financial assets contained in those accounts to avoid this enforcement action remains for the same reasons set forth in Plaintiff's initial *Ex Parte* Motion for Entry of a Temporary Restraining Order, Including a Temporary Injunction, a Temporary Asset Restraint and Expedited Discovery and the accompanying memorandum (Dkt. Nos. 16-17).

9. Plaintiff respectfully submits that the above circumstances constitute good cause to extend the TRO to provide more time for the Order to be fully effectuated.

10. Accordingly, Plaintiff requests that the Court extend the TRO for an additional fourteen (14) days, or until November 19, 2024, to ensure full compliance with the TRO by Temu.com.

## **CONCLUSION**

For the reasons set forth above, Plaintiff respectfully requests that the Court extend the TRO entered in this action (Dkt. No. 17) until and through November 19, 2024.

SHENZHEN QUANXINDI TECHNOLOGY CO., LTD.,

Date:  October 30, 2024

By:  /s/ Konrad Sherinian
 An attorney for plaintiff

Attorneys for Plaintiff

Konrad Sherinian
E-Mail:  ksherinian@sherinianlaw.net
Depeng Bi
E-Mail:  ebi@sherinianlaw.net
THE LAW OFFICES OF KONRAD SHERINIAN, LLC
1755 Park Street, Suite # 200
Naperville, Illinois 60563
Telephone:  (630) 318-2606
Facsimile:  (630) 364-5825