**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Shenzhen Quanxindi Technology Co., Ltd.,

        Plaintiff,

    v.

THE PARTNERSHIPS and UNIN-CORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

        Defendants.

Case No. 24-CV-10193

Hon. Jorge L. Alonso

Hon. Mag. Heather K. McShain

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby moves to dismiss with prejudice all causes of action in the complaint against the following defendants identified in Schedule A to the Complaint. Each party shall bear its own attorneys' fees and costs.

| Line No. on Schedule A to the Complaint | Defendants |
|---|---|
| 41 | Betta S |
| 79 | DONY HOME |
| 19 | NaNa Suko |
| 89 | SeolGold |
| 75 | Miloscrafts |
| 7 | iF YOU Underwear |
| 54 | Longxiang Daily |
| 8 | PPrestigeMart |

| 16 | ZHANG ZHOU |
|---|---|

The Defendants listed in the tables above have not appeared, filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, Plaintiff submits that dismissal under Rule 41(a)(1) is appropriate.

SHENZHEN QUANXINDI TECHNOLOGY CO., LTD.,

Date: ___December 5, 2024___            By:___/s/ Depeng Bi___
                                                            An attorney for plaintiff

Attorneys for Plaintiff_____

Konrad Sherinian
E-Mail: ksherinian@sherinianlaw.net
Depeng Bi
E-Mail: ebi@sherinianlaw.net
THE LAW OFFICES OF KONRAD SHERINIAN, LLC
1755 Park Street, Suite # 200
Naperville, Illinois 60563
Telephone: (630) 318-2606
Facsimile: (630) 364-5825

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system.

/s/ Depeng Bi_____
Depeng Bi

THE LAW OFFICES OF KONRAD SHERINIAN, LLC
1755 Park Street, Suite # 200
Naperville, Illinois 60563
Telephone:  (630) 318-2606
Facsimile:  (630) 364-5825
E-Mail: ksherinian@sherinianlaw.net