**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Shenzhen Quanxindi Technology Co., Ltd., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 24-CV-10193 <br><br> Hon. Jorge L. Alonso <br><br> Hon. Mag. Heather K. McShain |

### SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on December 4, 2024 [Dkt. 42] in favor of Plaintiff and against the Defaulting Defendants identified in the judgment order. Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| Line No. on Schedule A to the Complaint | Defendants |
|---|---|
| 85 | LEE House |
| 93 | dafadafa money coming |
| 44 | Joyful Overseas Shopping |
| 71 | OKtwo |
| 72 | OKtwo |
| 91 | Temiu |

| 12 | TKone |
|---|---|
| 55 | Get A Break House |
| 94 | Pitaya Hoting |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

                                                                SHENZHEN QUANXINDI TECHNOLOGY CO., LTD,

Date: February 27, 2025                 By: /s/ Depeng Bi
                                                                                   An attorney for plaintiff

Attorneys for Plaintiff

Konrad Sherinian
E-Mail: ksherinian@sherinianlaw.net
Depeng Bi
E-Mail: ebi@sherinianlaw.net
THE LAW OFFICES OF KONRAD SHERINIAN, LLC
1755 Park Street, Suite # 200
Naperville, Illinois 60563
Telephone: (630) 318-2606
Facsimile: (630) 364-5825

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system.

        /s/ Depeng Bi
        Depeng Bi

        THE LAW OFFICES OF KONRAD SHERINIAN, LLC
        1755 Park Street, Suite # 200
        Naperville, Illinois 60563
        Telephone: (630) 318-2606
        Facsimile: (630) 364-5825
        E-Mail: ksherinian@sherinianlaw.net